UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Julie Lynn Shryock § Case No. 11-66052
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Victoria H. Clear, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Victoria H. Clear, Trustee _____
                                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Julie Lynn Shryock |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Willamette Co 645 Waverly Dr Se Albany, OR 97322 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Victoria H. Clear | | | | | |
| Victoria H. Clear | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marion County Courthouse PO box 12869 Salem, OR 97309 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Eye Care Physicians & Surgeons 1309 Liberty St. SE Salem, OR 97302 | | | | | |
| | Roy George, DMD 5830 Shoreview Ln. N Salem, OR 97303 | | | | | |
| | Salem Hospital PO Box 6990 Portland, OR 97228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | | | | | |
| 4 | Midland Funding LLC Recoser | | | | | |
| 7 | N. A. Capital One | | | | | |
| 1 | N. A. Capital One Bank (Usa) | | | | | |
| 2 | Nordstrom Fsb | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| 3 | Quantum3 Group Llc As Agent For | | | | | |
| 5 | Us Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-66052 | FRA | Judge: | Frank R. Alley, III | Trustee Name: | Victoria H. Clear, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Julie Lynn Shryock | | | | Date Filed (f) or Converted (c): | 12/16/2011 (f) |
| | | | | | 341(a) Meeting Date: | 01/13/2012 |
| For Period Ending: | 03/29/2013 | | | | Claims Bar Date: | 08/03/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 2. Personal Savings Account - Central Willamette CCU | 194.56 | 0.00 | | 0.00 | FA |
| 3. Personal Checking Account - Key Bank | 4.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit With Landlord (no current value) | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Electronics: 2 Tvs, 1 Vcr | 125.00 | 0.00 | | 0.00 | FA |
| 6. Household Furnishings: Recliner, Tables, Lamps, Etc | 160.00 | 0.00 | | 0.00 | FA |
| 7. Household Kitchen Items: Pots, Pans, Utensils | 50.00 | 0.00 | | 0.00 | FA |
| 8. Books, Movies, Cds, Momentos, Photographs | 75.00 | 0.00 | | 0.00 | FA |
| 9. Clothing, Shoes & Accessories | 200.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Ring, Costume Jewelry | 325.00 | 0.00 | | 0.00 | FA |
| 11. Pers | 26,327.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Chrysler Sebring With 95,000 Miles | 6,350.00 | 0.00 | | 0.00 | FA |
| 13. Restitution Receivable (Defendant: Angela Lynn Hooper, Cs No.09C49410) Payments Sporadic and no more than $5 p/month | 7,730.84 | 7,730.84 | OA | 15.26 | FA |
| 14. Wages (u) | 0.00 | 326.00 | | 326.00 | FA |
| 15. 2011 Tax Refunds (u) | 0.00 | 2,963.00 | | 3,638.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.13 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $41,551.40    $11,019.84    $3,979.39    $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

VHC 1-24-12 341 MTG:  Add Docs Requested (restitution docs)
NE Wages
Restitution (if collectible)
TAX HOLD

Exhibit 8

2-15-12 MM:  Returns rec'd, TRC sent.  Refunds are short $102 to settle all NE (except restitution), demand included in TRC.

4-9-12 MM:  FA, except restitution.  Sent demand for information on restitution payments, no response rec'd from Marion Co DA's office.

VHC 4-11-12  See Note Above

VHC 7-11-12  Will abandon remaining restitution (receiving $5 every other month; bank fees eating it up); will start to close case (POC 8-3-12)

VHC 10-16-12 Ready for TFR pending claims audit

VHC 1-29-13 TFR Filed


Initial Projected Date of Final Report (TFR): 12/16/2013          Current Projected Date of Final Report (TFR): 12/16/2012

| Case No: | 11-66052 | Trustee Name: | Victoria H. Clear, Trustee |
| --- | --- | --- | --- |
| Case Name: | Julie Lynn Shryock | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX7618 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9120 | Blanket Bond (per case limit): | $95,470,796.00 |
| For Period Ending: | 03/29/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/12 | | Transfer from Acct # xxxxxx9397 | Transfer of Funds | 9999-000 | $3,280.29 | | $3,280.29 |
| 11/05/12 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.13 | $3,280.16 |
| 02/15/13 | 101 | Victoria H. Clear<br>625 SW Hurbert Street<br>Newport, OR 97365 | Distribution | | | $874.33 | $2,405.83 |
| | | Victoria H. Clear | Final distribution representing a payment of 100.00 % per court order. | ($826.10) 2100-000 | | | |
| | | Victoria H. Clear | Final distribution representing a payment of 100.00 % per court order. | ($48.23) 2200-000 | | | |
| 02/15/13 | 102 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 14.96 % per court order. | 7100-000 | | $764.29 | $1,641.54 |
| 02/15/13 | 103 | Nordstrom Fsb<br>P.O. Box 6566<br>Englewood, Co 80155 | Final distribution to claim 2 representing a payment of 14.96 % per court order. | 7100-000 | | $564.10 | $1,077.44 |
| 02/15/13 | 104 | Quantum3 Group Llc As Agent For World Financial Network Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 3 representing a payment of 14.96 % per court order. | 7100-000 | | $68.73 | $1,008.71 |
| 02/15/13 | 105 | Midland Funding LLC Recoser<br>by its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Final distribution to claim 4 representing a payment of 14.96 % per court order. | 7100-000 | | $49.21 | $959.50 |
| 02/15/13 | 106 | Us Bank N. A.<br>Us Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 5 representing a payment of 14.96 % per court order. | 7100-000 | | $642.24 | $317.26 |

Page Subtotals: $3,280.29    $2,963.03

Case 11-66052-fra7 Doc 22 Filed 04/08/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-66052　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Victoria H. Clear, Trustee
Case Name: Julie Lynn Shryock　　　　　　　　　　　　　　　　　Bank Name: Associated Bank
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX7618
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX9120　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $95,470,796.00
For Period Ending: 03/29/2013　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/13 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 14.96 % per court order. | 7100-000 | | $295.73 | $21.53 |
| 02/15/13 | 108 | N. A. Capital One<br>Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution to claim 7 representing a payment of 14.96 % per court order. | 7100-000 | | $21.53 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,280.29 | $3,280.29 |
| Less: Bank Transfers/CD's | $3,280.29 | $0.00 |
| Subtotal | $0.00 | $3,280.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,280.29 |

Page Subtotals:　　　　　　　　　　　　　　　　　$0.00　　　$317.26

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-66052 | Trustee Name: | Victoria H. Clear, Trustee |
|---|---|---|---|
| Case Name: | Julie Lynn Shryock | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0054 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9120 | Blanket Bond (per case limit): | $95,470,796.00 |
| For Period Ending: | 03/29/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/12 | | UNITED STATES TREASURY | Tax Refunds | | $3,477.00 | | $3,477.00 |
| | | | Gross Receipts $3,477.00 | | | | |
| | 14 | | Wages $326.00 | 1229-000 | | | |
| | 15 | | 2011 Tax Refunds $3,151.00 | 1224-000 | | | |
| 03/09/12 | 15 | OREGON DEPARTMENT OF REVENUE Salem, OR 97301 | Tax Refunds | 1224-000 | $487.00 | | $3,964.00 |
| 03/15/12 | 1001 | Julie Lynn Shryock 4148 SUNNYVIEW RD., NE #125 SALEM, OR 97305 | Exemption/Surplus Refund to Debtor | 8100-002 | | $675.00 | $3,289.00 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $3,289.02 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.03 | | $3,289.05 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.18 | $3,284.87 |
| 05/29/12 | 13 | STATE OF OREGON Oregon Judicial Department Martion County Circuit Court, PO Box 12869 Salem, OR 97309-0869 | Restitution Payment | 1129-000 | $5.00 | | $3,289.87 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,289.90 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.17 | $3,285.73 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,285.76 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.90 | $3,281.86 |
| | | | Page Subtotals: | | $3,969.11 | $687.25 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-66052 | Trustee Name: | Victoria H. Clear, Trustee |
|---|---|---|---|
| Case Name: | Julie Lynn Shryock | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0054 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9120 | Blanket Bond (per case limit): | $95,470,796.00 |
| For Period Ending: | 03/29/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/12 | 13 | State of Oregon (Oregon Judicial Department) Marion County Circuit Cout PO Box 12869 Salem, OR 97309-0869 | Payment for Non-Exempt Assets | 1149-000 | $5.00 | | $3,286.86 |
| 07/19/12 | INT | Bank of America | Post accrued interest for account number 4438420054. | 1270-000 | $0.02 | | $3,286.88 |
| 07/19/12 | | Transfer to Acct # xxxxxx9397 | Transfer of Funds from MMA account xxx0054 to Checking account xxx9397 | 9999-000 | | $3,286.88 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,974.13 | $3,974.13 |
| Less: Bank Transfers/CD's | $0.00 | $3,286.88 |
| Subtotal | $3,974.13 | $687.25 |
| Less: Payments to Debtors | $0.00 | $675.00 |
| Net | $3,974.13 | $12.25 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page Subtotals: $5.02  $3,286.88

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-66052 | Trustee Name: | Victoria H. Clear, Trustee |
| Case Name: | Julie Lynn Shryock | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX9397 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9120 | Blanket Bond (per case limit): | $95,470,796.00 |
| For Period Ending: | 03/29/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/12 | | Transfer from Acct # xxxxxx0054 | Transfer of Funds from MMA account xxx0054 to Checking account xxx9397 | 9999-000 | $3,286.88 | | $3,286.88 |
| 07/24/12 | 13 | State of Oregon OR Judicial Dept Marion County Circuit Court PO Box 12869 Salem, OR 97309-0869 | Restitution Payment | 1249-000 | $5.26 | | $3,292.14 |
| 08/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.18 | $3,287.96 |
| 09/28/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.77 | $3,284.19 |
| 10/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.90 | $3,280.29 |
| 10/30/12 | | Transfer to Acct # xxxxxx7618 | Transfer of Funds | 9999-000 | | $3,280.29 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,292.14 | $3,292.14 |
| Less: Bank Transfers/CD's | $3,286.88 | $3,280.29 |
| Subtotal | $5.26 | $11.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5.26 | $11.85 |

| | | |
|---|---|---|
| Page Subtotals: | $3,292.14 | $3,292.14 |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0054 - Money Market Account | $3,974.13 | $12.25 | $0.00 |
| XXXXXX7618 - Checking | $0.00 | $3,280.29 | $0.00 |
| XXXXXX9397 - Checking | $5.26 | $11.85 | $0.00 |
|  | $3,979.39 | $3,304.39 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,979.39 |
| Total Gross Receipts: | $3,979.39 |

Page Subtotals: $0.00    $0.00